**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AIDA PEREZ *et al.*, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EQUITY PRIME MORTGAGE, LLC,<br><br>Defendant. | Case No. 1:25-CV-10841-MJJ |

## DEFENDANT'S UNOPPOSED MOTION FOR STAY OF CASE PENDING CONTINUED SETTLEMENT DISCUSSION

Defendant Equity Prime Mortgage moves this Court for a brief stay of this case through and including October 17, 2025, in order to allow the parties to continue to discuss settlement following a full-day mediation on August 1, 2025.  In support of their motion, Defendant states as follows:

1.      Plaintiffs filed their Collective and Class Action Complaint ("Complaint") on April 7, 2025.  See Dkt. No. 1

2.      The Court previously granted stays to facilitate resolution.  See Dkt. No. 14, 18, 20.

3.      In order to preserve resources, including resources of the parties and judicial resources, the parties are in agreement, subject to court approval, that this matter should be stayed through October 16, 2025.

4.      Reaching a settlement requires Defendant to compile and review certain data.  That work is ongoing, but is not yet complete.

5.      The parties are in agreement that, if necessary, Defendant will file its response to the Complaint on or before October 16, 2025.

6.      This motion is made for good cause and not for purposes of delay.  Neither party will

be prejudiced by the relief sought herein.

WHEREFORE, Defendant requests that this Court grant Defendant's unopposed motion to stay this case through and including October 16, 2025.

Dated: September 26, 2025

Respectfully Submitted,

EQUITY PRIME MORTGAGE, LLC

By its attorneys,

*/s/ Sarah B. Herlihy*
Sarah B. Herlihy, BBO # 640531
Herlihy Law LLC
54 Piedmont Street
Boston, MA  0216
sherlihy@herlihylawllc.com
(617) 755-3869

## CERTIFICATE OF SERVICE

I certify that on this date I served a copy of the foregoing document on counsel for the Plaintiff using the Court's ECF system.

*/s/ Sarah B. Herlihy*
Sarah B. Herlihy

2